**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-6611**

---

RAY DERWOOD SIZEMORE,

Plaintiff - Appellant,

versus

MANFORD HOLLAND; ROY WHITE, Medical Admin-
istrator; WEST VIRGINIA DIVISIONS OF COR-
RECTIONS; RAYMOND SWACH, Director Parole
Services; BRUCE CARTER; Chairman of the Parole
Board,

Defendants - Appellees.

---

Appeal from the United States District Court for the Southern Dis-
trict of West Virginia, at Charleston.  Charles H. Haden II, Chief
District Judge.  (CA-97-879-2)

---

Submitted:  October 8, 1998          Decided:  October 26, 1998

---

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Ray Derwood Sizemore, Appellant Pro Se. Chad Marlo Cardinal,
Assistant Attorney General, Darrell V. McGraw, Jr., OFFICE OF THE
ATTORNEY GENERAL OF WEST VIRGINIA, Charleston, West Virginia;
Leslie K. Kiser, WEST VIRGINIA DEPARTMENT OF CORRECTIONS, Charles-
ton, West Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Sizemore v. Holland, No. CA-97-879-2 (S.D.W. Va. Mar. 30, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2